UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<table>
<tr><td>
UNITED STATES OF AMERICA<br><br>
<i>v.</i><br><br>
DENIS OBREZKO,<br>
     Defendant.
</td><td>
Docket No. 25-mj-01347-DLC
</td></tr>
</table>

## NOTICE OF APPEARANCE

Now comes the undersigned and hereby enters his appearance for defendant Denis Obrezko in the above-captioned matter.

Respectfully Submitted,

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.
Mass. Bar No. 690826
20 Park Plaza, Suite 1000
Boston, MA 02116
(617) 227-3700
max@mnpc.law

Dated: June 23, 2026

## CERTIFICATE OF SERVICE

I, Maksim Nemtsev, hereby certify that on this date, June 23, 2026, a copy of the foregoing documents has been served via Electronic Court Filing on all registered participants.

**/s/ Maksim Nemtsev**
Maksim Nemtsev, Esq.